UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **Malibu Media, LLC,** | |
| Plaintiff | Case No. 3:13-CV-00165 |
| vs. | |
| **John Doe** subscriber assigned IP address 24.12.128.129 | |
| Defendant | |

## Notice of Appearance

Notice is hereby given that William L. Wilson, Anderson • Agostino & Keller, P.C., 131 South Taylor Street, South Bend, Indiana, 46601, (574) 288-1510 appears as counsel for Defendant John Doe.

I certify that I have read the Standards of Professional Conduct for federal courts in the Seventh Circuit and will abide by them at all times.

Respectfully submitted,

/s/ William L. Wilson
William L. Wilson, Atty. No. 16245-71
Anderson, Agostino & Keller, P.C.
131 South Taylor Street
South Bend, IN  46601
(574) 288-1510 Tel.
(815) 550-9947 Fax
wilson@aaklaw.com

### Certificate of Service

I certify that a copy of this notice was served upon Paul J. Nicoletti, Esq., counsel for the Plaintiff, by way of electronic mail notice generated by the Court's ECF system on May 20, 2013.

/s/ William L. Wilson
William L. Wilson